# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

ROBERT C. PACARIEM

**WARRANT FOR ARREST**

CASE NUMBER: 04-380 BMK

To: The United State Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ROBERT C. PACARIEM
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being a felon in possession of a firearm and possession of a firearm not registered with the National Firearms Registration and Transfer Record, in violation of Title 18 United States Code, Section 922(g)(1) and Title 26 United States Code, Section 5861 (d).

BARRY M. KURREN
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ TO BE DETERMINED

United States Magistrate Judge
Title of Issuing Officer

May 14, 2004   Honolulu, Hawaii
Date and Location

BARRY M. KURREN, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

