HAWK SING & IGNACIO
ATTORNEYS AT LAW

1130 N. Nimitz Hwy., Ste. B-223
Honolulu HI 96817
T (808) 532-3800
F (808) 532-3804

October 24, 2005

Magistrate Judge Kevin Chang
US District Court
300 Ala Moana Blvd., Room C-209
Honolulu, Hawaii 96850

RE: US v. Robert Pacariem
Docket No. #04-M-380

Dear Magistrate Judge Chang,

I represent the above-entitled individual in two state court appointed felony matters (Crim. No. 04-1-1989 and Crim. No. 04-1-0828). It has come to my attention that this defendant has had a felony detainer in place for the above-entitled offense since May 2004. Defendant is in state custody and has been since May 2004.

I am requesting that this court appoint counsel for Mr. Pacariem in his federal case. I have contacted the federal public defenders regarding this matter and write this letter at their recommendation. I will not be able to represent Mr. Pacariem in his federal matter and I am not currently on the CJA panel.

Thank you for your consideration of this matter. Attached please find an executed Financial Affidavit. Should you have any questions or concerns, please do not hesitate to call me at (808) 532-3800.

Sincerely Yours,

Richard Sing
Hawk Sing & Ignacio