# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      MAG NO. 04-0380BMK

CASE NAME:        USA vs. ROBERT C. PACARIEM

ATTYS FOR PLA:    Darren W.K. Ching

ATTYS FOR DEFT:   Matthew C. Winter

INTERPRETER:

JUDGE:   Leslie E. Kobayashi         REPORTER:   FTR-Courtroom 7

DATE:    4/26/2006                    TIME:       3:04-3:06

COURT ACTION:  EP: Initial Appearance - Defendant present in custody.

Defendant sworn to Financial Affidavit. Request for Court Appointed Attorney - Granted. AFPD Matthew C. Winter and the Office of the Federal Public Defender Apptd Atty.

Charges received. Motion to Detain filed.

Detention Hearing set for 10:30 5/1/06, KSC.
Preliminary Hearing set for 3:00 5./10/60, KSC.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      MAG NO. 04-0380BMK

CASE NAME:        USA vs. ROBERT C. PACARIEM

ATTYS FOR PLA:    Darren W.K. Ching

ATTYS FOR DEFT:   Matthew C. Winter

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi        REPORTER:   FTR-Courtroom 7

DATE:    4/26/2006                  TIME:       3:04-3:06

---

COURT ACTION:  EP: Initial Appearance - Defendant present in custody.

Defendant sworn to Financial Affidavit. Request for Court Appointed Attorney - Granted. AFPD Matthew C. Winter and the Office of the Federal Public Defender Apptd Atty.

Charges received. Motion to Detain filed.

Detention Hearing set for 10:30 5/1/06, KSC.
Preliminary Hearing set for 3:00 5./10/60, KSC.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager