*cc: Warren/Lee*
*w/ Order of Detention*

ORIGINAL

EDWARD H. KUBO, JR., #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

DARREN W.K. CHING, #6903
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2006

at 2 o'clock and 50 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. No. 04-380 BMK |
| | ) | |
| Plaintiff, | ) | MOTION TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL |
| vs. | ) | |
| | ) | |
| ROBERT C. PACARIEM, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. Section 3142.

    1.    <u>Eligibility of Case</u>.  This defendant is eligible for detention because the case involves (check all that apply):

        _____  a.  Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

        _____  b.  Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

        _____  c.  Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ____ d. A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    ____ e. Crime of violence (3142(f)(1)(A))

    ____ f. Maximum sentence life imprisonment or death (3142(f)(1)(B))

    ____ g. 10+ year drug offense (3142(f)(1)(C))

    ____ h. Felony, with two prior convictions in above categories (3142(f)(1)(D))

    _x_ i. Serious risk defendant will flee (3142(f)(2)(A))

    ____ j. Danger to other person or community **

    ____ k. Serious risk obstruction of justice (3142(f)(2)(B))

    ____ l. Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally

\*\* requires "a", "b", "c", or "d" additionally

2. <u>Reason for Detention</u>. The court should detain defendant (check all that apply):

    _x_ a. Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

    _x_ b. Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

    ____ c. Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under Section

3142(e). If invoked, the presumption applies because (check all that apply):

    \_\_\_\_ a. Probable cause to believe defendant committed 10+ year drug offense

    \_\_\_\_ b. Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    \_\_\_\_ c. Previous conviction for eligible offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests that the court conduct the detention hearing:

    \_\_\_\_ a. At first appearance

    \_\_x\_\_ b. After a continuance of 3 days.

5. <u>Rule 40 Cases</u>. The United States requests that the detention hearing be held:

    \_\_\_\_ a. In the District of Hawaii

    \_\_\_\_ b. In the District where charges were filed

6. <u>Other Matters</u>.

DATED: April 26, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

By _____
    DARREN W.K. CHING
    Assistant U.S. Attorney

3